IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. C 11-05569 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AHED A. MAAMO, | |
| Defendant. | |

Plaintiff's motion for default judgment has been granted. Judgment in the amount of $2,900 is entered in favor of plaintiff and against defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 10, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE